STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
          Social Security Administration
          160 Spear St., Suite 800
          San Francisco, CA  94105
          Telephone:  (415) 977-8977
          Facsimile:  (415) 744-0134
          Email:  Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BLANCA MARTINEZ, | ) Case No. 2:14-cv-03463-JPR |
| | ) |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND** |
| | ) **EXPENSES, PURSUANT TO 28** |
| CAROLYN W. COLVIN, Acting | ) **U.S.C. § 2412(d), AND COSTS** |
| Commissioner of Social Security, | ) **PURSUANT TO 28 U.S.C. § 1920** |
| | ) |
| Defendant. | ) |
| | ) |

          Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $2195.19 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED:  February 9, 2015

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE